UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LILLIAM GONZALEZ-CAMACHO, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> BANCO POPULAR DE PUERTO RICO, et al.,, <br><br> Defendant(s). | Civil No. 17-1448 (DRD) |

# JUDGMENT

For the reasons set forth in this Court's *Opinion and Order* of August 17, 2018, Docket No. 212, this case is now dismissed with prejudice, as follows:

(a) Dismissing with prejudice all federal claims as to all defendants in the instant case.

(b) Dismissing without prejudice all the supplemental claims against all defendants herein, except

(c) All the supplemental claims against defendants Wells Fargo & Company; Lime Residential Ltd.; RNPM, LLC, and TRM, LLC., which will be dismissed with prejudice for the reasons set forth by the Court in its *Opinion and Order* of even date, filed at Docket No. 212.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 17th day of August, 2018.

s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
United States Senior District Judge