# United States Court of Appeals
## For the First Circuit

No. 17-1973

LILLIAM GONZALEZ-CAMACHO; JAVIER CARMONA; DOLORES S. GARCIA; CONJUGAL PARTNERSHIP CARMONA-GARCIA; LYDIA REYES-RAMOS; WILLIAM AGOSTO-MANSO; MARILYN FERNANDEZ-MORALES; CONJUGAL PARTNERSHIP AGOSTO-FERNANDEZ; SANTA ORTIZ-SALINAS; HAYDEE RODRIGUEZ-NICHOLS; JOSE ANTONIO FLORES-CRUZ; EDNA LOPEZ-VELAZQUEZ; CONJUGAL PARTNERSHIP FLORES-LOPEZ; GERARDO CECILIO GARZA-RODRIGUEZ; IVETTE MIGDALIA RIVERA-BERNABE; FERNANDO A. SOSA-BETANCES; IDE ZENAIDA VALCARCEL-OSORIO; THE ESTATE OF CARLOS GONZALEZ-MARTINEZ; NORMA MARGARITA MONZON-RICARDI, as member of the Estate of Carlos Gonzalez-Martinez; ALBA IRIS CARRASQUILLO-FRAGOSO; ISRAEL RODRIGUEZ-VELAZQUEZ; NEREIDA SEPULVEDA-ROLON; CONJUGAL PARTNERSHIP RODRIGUEZ-SEPULVEDA; ANTONIO ESTRUCHE-ROMAN; BRENDA VIMARIS SANTOS-RIVERA; EDGAR BASTARDO AGUILAR; RUSSIN DELGADO-MARQUEZ; CONJUGAL PARTNERSHIP AGUILAR-DELGADO; EDGAR ANTONIO CANCEL-ZAPATA; MARIA E. BERRIOS-SANTOS; CONJUGAL PARTNERSHIP CANCEL-BERRIOS; FRANCISCO JAVIER ORTIZ-RIVERA; WANDA IVETTE ESTELA-RIVERA; CONJUGAL PARTNERSHIP ORTIZ-ESTELA; GLORIA MARIA TAPIA-DE-JESUS; ANTONIO VELEZ-MARTINEZ; GLORISSA CORDERO-CABRERA; CONJUGAL PARTNERSHIP VELEZ-CORDERO; HECTOR SANABRIA-SANABRIA; JORGE LUIS KUILAN-RODRIGUEZ; NORMA IRIS PAGAN-MONTALBAN; CONJUGAL PARTNERSHIP KUILAN-PAGAN; JOSE ANTONIO MILLAN-QUINONES; ANDREA MATOS-BENITEZ; CONJUGAL PARTNERSHIP MILLAN-MATOS; MARILYN FONSECA-COTTO; MARGARET DE-JESUS-CANDELARIA; CONCEPCION HERNANDEZ-FALERO; SOL MARIE LOPEZ-HERNANDEZ; NYDIA EDELYS MORALES-MIRANDA; PEDRO IVAN NIEVES-RODRIGUEZ; SONIA LINNETTE ROMERO-RAMOS; JAVIER ROLON; MARIA DE LOURDES PINERO-IRIZARRY; ARISTIDES LOPEZ-RAMOS; MARIA MERCEDES REYES-CONCEPCION; CONJUGAL PARTNERSHIP LOPEZ-REYES; IAN DE LLANO-JIMENEZ; KAREN BARREDA-RIVERA; CONJUGAL PARTNERSHIP DE LLANO-BARREDA; WILLIAM CALO; CARLOS CRUZ-BENITEZ; IVETTE SANTIAGO-GONZALEZ; CONJUGAL PARTNERSHIP CRUZ-SANTIAGO; WILLIAM LOPEZ-COLON; NANCY COLON-BERRIOS; CONJUGAL PARTNERSHIP LOPEZ-COLON; GILBERTO GONZALEZ-VELEZ; SAMUEL ROQUEZ-MORALES; MARIA MAGDALENA LEAL-BARBOSA; CONJUGAL PARTNERSHIP ROQUE-LEAL; JESUS E. MONROIG-JIMENEZ; JAZMIN ERIKA RODRIGUEZ-MORALES; MARETZA MENDEZ-MUNIZ; MILAGROS JUARBE-VALENTIN; JESUS A. GONZALEZ; CONJUGAL PARTNERSHIP GONZALEZ-JUARBE; ZULEIKA COSME-RIVERA; ROLANDO RADAMES GUTIERREZ-DE JESUS; CONJUGAL PARTNERSHIP GUTIERREZ-COSME; SONIA YVID CONDE-BURGOS; NELLY RAMONITA GONZALEZ-RODRIGUEZ; MARILYN DELGADO-PEREZ; WILLIAM JOEL MORALES-RODRIGUEZ; CONJUGAL PARTNERSHIP MORALES-DELGADO; GERARDO ACOSTA-FIGUEROA; CONJUGAL PARTNERSHIP DELGADO-RODRIGUEZ; CARLOS JOSE SUAREZ-GUILLEN; ROSEMARY GONZALEZ-

CHAPARRO; ANTONIO ROSA-AGOSTO; JAVIER BAERGA-SCHROEDER; YARELIS DAVILA-RIVERA; LUIS DELGADO-MARQUEZ; MARGARITA RODRIGUEZ-REYES; NEIDA INES HERNANDEZ-IRIZARRY; CONJUGAL PARTNERSHIP ACOSTA-HERNANDEZ; JULIO VICTOR CASTRO-LOPEZ; MADELINE TRINIDAD-DIAZ; CONJUGAL PARTNERSHIP CASTRO-TRINIDAD; LUIS ANGEL MARTINEZ-OTERO; DAMARIS TORRES-NUNEZ; GABRIEL CHAVEZ-DIAZ; NAIHR ZARAGOZA-VALLE; CONJUGAL PARTNERSHIP DIAZ-ZARAGOZA; CONJUGAL PARTNERSHIP MARTINEZ-TORRES; ROBERTO PEREZ-RAMIREZ; CLARIVETTE CASTRO-NARVAEZ; CONJUGAL PARTNERSHIP PEREZ-CASTRO; ANA PACHECO-ALONSO; ALEX DAVILA-ALEJANDRO; CONJUGAL PARTNERSHIP DAVILA-PACHECO; LIZZETTE ALEJANDRO-OCASIO; MILKA YADIRA RIVERA-RIVERA; MIRIAM RIVERA-TORRES; RAFAEL ANTONIO FONSECA-MARRERO; LADY TRISTANY MELENDEZ; VIVIANA SANCHEZ-SERRANO; CARMEN VANESSA CORREA-ALAMO; YAMELIT MALDONADO-SOTO; JAVIER ANTONIO RIVERA-DUENO; CARMEN JOSEFINA VALENTIN-DAVILA; VIVIAN ENID FLORES-MERCED; MARIA ISABEL TORO-LEVY; MARTA GISELA BETANCOURT-ESQUDERO; THE ESTATES OF JUAN ARSENIO VELAZQUEZ DURAN; ALEJANDRO VELAZQUEZ-PEREZ; MARIA MARGARITA ALEJANDRO; JESSICA AIXA RIVERA-ALVAREZ; NORA RIJOS-MERCADO; CONJUGAL PARTNERSHIP COLL-RIJOS; JOSE A. COLL-MELENDEZ; LESLIE MOLINA-CANCEL; SANDRA DE LOS ANGELES FERNANDEZ-GARCIA; INES YAMIRA RIVERA-AQUINO; JOSE ANTONIO DIAZ-PEREZ; LILI ENID CASTRODAD-RIVERA; CONJUGAL PARTNERSHIP DIAZ-CASTRODAD; PROVIDENCIA RODRIGUEZ-VEGA; LUIS EDUARDO PARDO-TORO; YMA OSORIO-DE JESUS; EVELYN IVETTE PEREZ-LOURIDO; JOSE MANUEL RIVERA-COLON; IVETTE MARIA PEREZ-NIEVES; CONJUGAL PARTNERSHIP RIVERA-PEREZ; EDWIN CASILLAS-BERRIOS; MARIA FELICITA ANDRADE-MALDONADO; CONJUGAL PARTNERSHIP CASILLAS-ANDRADE; RAMON SANCHEZ-PAGAN; NAYDA ROSA ALVAREZ-MORALES; CONJUGAL PARTNERSHIP SANCHEZ-ALVAREZ; JOSE MANUEL LOPEZ-CRUZ; MARIA DE LOURDES BLEK-ESTEVEZ; CONJUGAL PARTNERSHIP LOPEZ-BLEK; RAFAEL EDUARDO NARVAEZ-CABEZAS; VIRGEN NOEMI MARRERO-CARBALLO; GRETCHEN NICOLLE LAUREANO-QUINONES; JOSE FELIX TORRES-RIVERA; CONJUGAL PARTNERSHIP TORRES-LAUREANO; GREGORIO TORRES-MEDINA; DIANNETTE GONZALEZ-CHARLES; ENRIQUE TOLLENS-ACOSTA; CONJUGAL PARTNERSHIP TOLLENS-GONZALEZ; THE ESTATE OF MARISOL AMARO-MEDINA; ANASTACIO FALCON-ROSARIO; PEDRO JIMENEZ-ALVAREZ; RAFAEL RODRIGUEZ-RIVERA; CATHERINE MORALES-CASTRO; MICHAEL JOSEPH MORRIS-ZAMORA; FERNANDO SUAREZ-GUILLEN; JORGE CEDENO-ROSADO; HECTOR IVAN DIAZ-GARCIA; NOEMI RODRIGUEZ-RIVERA; CONJUGAL PARTNERSHIP DIAZ-RODRIGUEZ; YIRIED JOSEPH ASEF SAAD-MAURA; CONJUGAL PARTNERSHIP RIVERA-MALDONADO,

Plaintiffs - Appellants,

EDDIE MANUEL SEPULVEDA-MEDINA; GRACIANO VELEZ-ALBALADEJO,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO; UNITED STATES; UNITED STATES DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT; FEDERAL MORTGAGE ASSOCIATION (FANNIE MAE); FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC); WELLS FARGO & COMPANY; RUSHMORE LOAN MANAGEMENT SERVICES; ROOSEVELT CAYMAN ASSET COMPANY II; LAKEVIEW LOAN SERVICING LLC; LIME RESIDENTIAL LTD.; BAYVIEW LOAN SERVICING LLC.; RNPM LLC; TRM LLC; LEHMAN RE LIMITED, a Bermuda Corporation; COOPERATIVA DE AHORRO Y CREDITO LAS PIEDRAS; SCOTIABANK PUERTO RICO; BANCO SANTANDER DE PUERTO RICO; ISLAND FINANCE CORPORATION; ORIENTAL BANK PUERTO RICO; FIRST BANK PUERTO RICO; UNKNOWN DEFENDANTS; UNKNOWN INSURANCE AGENCIES; JAMES B. NUTTER & CO., Resident Agent CT Corp. System; SANTANDER FINANCIAL, INC., d/b/a Island Finance Corp.; UNITED STATES (FARM SERVICE AGENCY); ROOSEVELT REO PR CORP.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.; CITIBANK; CITIMORTGAGE, INC.; DLG MORTGAGE CAPITAL, INC.; US BANK NATIONAL ASSOCIATION; COOPERATIVA DE AHORRO Y CREDITO DE CAMUY; ROOSEVELT CAYMAN ASSETS COMPANY I; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; PR ASSET PORTFOLIO 2013-1 INTER SUB I INTERNATIONAL, LLC; COOPERATIVA DE AHORRO Y CREDITO JESUS OBRERO; COOPERATIVA DE AHORRO Y CREDITO AGUADA; BANCO COOPERATIVO DE PUERTO RICO; AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO; WM CAPITAL PARTNERS 53, LLC; COOPERATIVA DE AHORRO Y CREDITO DE CIALES,

Defendants - Appellees,

OPERATING PARTNERS LLC,

Defendant.

No. 18-1892

LILLIAM GONZALEZ-CAMACHO; JAVIER CARMONA; DOLORES S. GARCIA; CONJUGAL PARTNERSHIP CARMONA-GARCIA; LYDIA REYES-RAMOS; WILLIAM AGOSTO-MANSO; MARILYN FERNANDEZ-MORALES; CONJUGAL PARTNERSHIP AGOSTO-FERNANDEZ; SANTA ORTIZ-SALINAS; HAYDEE RODRIGUEZ-NICHOLS; JOSE ANTONIO FLORES-CRUZ; EDNA LOPEZ-VELAZQUEZ; CONJUGAL PARTNERSHIP FLORES-LOPEZ; GERARDO CECILIO GARZA-RODRIGUEZ; IVETTE MIGDALIA RIVERA-BERNABE; FERNANDO A. SOSA-BETANCES; IDE ZENAIDA VALCARCEL-OSORIO; THE ESTATE OF CARLOS GONZALEZ-MARTINEZ; NORMA MARGARITA MONZON-RICARDI, as member of the Estate of Carlos Gonzalez-Martinez;

ALBA IRIS CARRASQUILLO-FRAGOSO; ISRAEL RODRIGUEZ-VELAZQUEZ; NEREIDA SEPULVEDA-ROLON; CONJUGAL PARTNERSHIP RODRIGUEZ-SEPULVEDA; ANTONIO ESTRUCHE-ROMAN; BRENDA VIMARIS SANTOS-RIVERA; EDGAR BASTARDO AGUILAR; RUSSIN DELGADO-MARQUEZ; CONJUGAL PARTNERSHIP AGUILAR-DELGADO; EDGAR ANTONIO CANCEL-ZAPATA; MARIA E. BERRIOS-SANTOS; CONJUGAL PARTNERSHIP CANCEL-BERRIOS; FRANCISCO JAVIER ORTIZ-RIVERA; WANDA IVETTE ESTELA-RIVERA; CONJUGAL PARTNERSHIP ORTIZ-ESTELA; GLORIA MARIA TAPIA-DE-JESUS; ANTONIO VELEZ-MARTINEZ; GLORISSA CORDERO-CABRERA; CONJUGAL PARTNERSHIP VELEZ-CORDERO; HECTOR SANABRIA-SANABRIA; JORGE LUIS KUILAN-RODRIGUEZ; NORMA IRIS PAGAN-MONTALBAN; CONJUGAL PARTNERSHIP KUILAN-PAGAN; JOSE ANTONIO MILLAN-QUINONES; ANDREA MATOS-BENITEZ; CONJUGAL PARTNERSHIP MILLAN-MATOS; MARILYN FONSECA-COTTO; MARGARET DE-JESUS-CANDELARIA; CONCEPCION HERNANDEZ-FALERO; SOL MARIE LOPEZ-HERNANDEZ; NYDIA EDELYS MORALES-MIRANDA; PEDRO IVAN NIEVES-RODRIGUEZ; SONIA LINNETTE ROMERO-RAMOS; JAVIER ROLON; MARIA DE LOURDES PINERO-IRIZARRY; ARISTIDES LOPEZ-RAMOS; MARIA MERCEDES REYES-CONCEPCION; CONJUGAL PARTNERSHIP LOPEZ-REYES; IAN DE LLANO-JIMENEZ; KAREN BARREDA-RIVERA; CONJUGAL PARTNERSHIP DE LLANO-BARREDA; WILLIAM CALO; CARLOS CRUZ-BENITEZ; IVETTE SANTIAGO-GONZALEZ; CONJUGAL PARTNERSHIP CRUZ-SANTIAGO; WILLIAM LOPEZ-COLON; NANCY COLON-BERRIOS; CONJUGAL PARTNERSHIP LOPEZ-COLON; GILBERTO GONZALEZ-VELEZ; SAMUEL ROQUEZ-MORALES; MARIA MAGDALENA LEAL-BARBOSA; CONJUGAL PARTNERSHIP ROQUE-LEAL; JESUS E. MONROIG-JIMENEZ; JAZMIN ERIKA RODRIGUEZ-MORALES; MARETZA MENDEZ-MUNIZ; MILAGROS JUARBE-VALENTIN; JESUS A. GONZALEZ; CONJUGAL PARTNERSHIP GONZALEZ-JUARBE; ZULEIKA COSME-RIVERA; ROLANDO RADAMES GUTIERREZ-DE JESUS; CONJUGAL PARTNERSHIP GUTIERREZ-COSME; SONIA YVID CONDE-BURGOS; NELLY RAMONITA GONZALEZ-RODRIGUEZ; JAVIER BAERGA-SCHROEDER; YARELIS DAVILA-RIVERA; LUIS DELGADO-MARQUEZ;MARGARITA RODRIGUEZ-REYES; CONJUGAL PARTNERSHIP DELGADO-RODRIGUEZ; CARLOS JOSE SUAREZ-GUILLEN; ROSEMARY GONZALEZ-CHAPARRO; ANTONIO ROSA-AGOSTO; MARILYN DELGADO-PEREZ; WILLIAM JOEL MORALES-RODRIGUEZ; CONJUGAL PARTNERSHIP MORALES-DELGADO; GERARDO ACOSTA-FIGUEROA; NEIDA INES HERNANDEZ-IRIZARRY; CONJUGAL PARTNERSHIP ACOSTA-HERNANDEZ; JULIO VICTOR CASTRO-LOPEZ; MADELINE TRINIDAD-DIAZ; CONJUGAL PARTNERSHIP CASTRO-TRINIDAD; LUIS ANGEL MARTINEZ-OTERO; DAMARIS TORRES-NUNEZ; GABRIEL CHAVEZ-DIAZ; NAIHR ZARAGOZA-VALLE; CONJUGAL PARTNERSHIP DIAZ-ZARAGOZA; CONJUGAL PARTNERSHIP MARTINEZ-TORRES; ROBERTO PEREZ-RAMIREZ; CLARIVETTE CASTRO-NARVAEZ; CONJUGAL PARTNERSHIP PEREZ-CASTRO; ANA PACHECO-ALONSO; ALEX DAVILA-ALEJANDRO; CONJUGAL PARTNERSHIP DAVILA-PACHECO; LIZZETTE ALEJANDRO-OCASIO; MILKA YADIRA RIVERA-RIVERA; MIRIAM RIVERA-TORRES; RAFAEL ANTONIO FONSECA-MARRERO; LADY TRISTANY MELENDEZ; VIVIANA SANCHEZ-SERRANO; CARMEN VANESSA CORREA-ALAMO; YAMELIT MALDONADO-SOTO; JAVIER ANTONIO RIVERA-DUENO; CARMEN JOSEFINA VALENTIN-DAVILA; VIVIAN ENID FLORES-MERCED; MARIA ISABEL TORO-LEVY; MARTA GISELA BETANCOURT-ESQUDERO; THE ESTATES OF JUAN ARSENIO VELAZQUEZ DURAN; ALEJANDRO VELAZQUEZ-

PEREZ; MARIA MARGARITA ALEJANDRO; JESSICA AIXA RIVERA-ALVAREZ; NORA RIJOS-MERCADO; CONJUGAL PARTNERSHIP COLL-RIJOS; JOSE A. COLL-MELENDEZ; LESLIE MOLINA-CANCEL; SANDRA DE LOS ANGELES FERNANDEZ-GARCIA; INES YAMIRA RIVERA-AQUINO; JOSE ANTONIO DIAZ-PEREZ; LILI ENID CASTRODAD-RIVERA; CONJUGAL PARTNERSHIP DIAZ-CASTRODAD; PROVIDENCIA RODRIGUEZ-VEGA; LUIS EDUARDO PARDO-TORO; YMA OSORIO-DE JESUS; EVELYN IVETTE PEREZ-LOURIDO; JOSE MANUEL RIVERA-COLON; IVETTE MARIA PEREZ-NIEVES; CONJUGAL PARTNERSHIP RIVERA-PEREZ; EDWIN CASILLAS-BERRIOS; MARIA FELICITA ANDRADE-MALDONADO; CONJUGAL PARTNERSHIP CASILLAS-ANDRADE; RAMON SANCHEZ-PAGAN; NAYDA ROSA ALVAREZ-MORALES; CONJUGAL PARTNERSHIP SANCHEZ-ALVAREZ; JOSE MANUEL LOPEZ-CRUZ; MARIA DE LOURDES BLEK-ESTEVEZ; CONJUGAL PARTNERSHIP LOPEZ-BLEK; RAFAEL EDUARDO NARVAEZ-CABEZAS; VIRGEN NOEMI MARRERO-CARBALLO; GRETCHEN NICOLLE LAUREANO-QUINONES; JOSE FELIX TORRES-RIVERA; CONJUGAL PARTNERSHIP TORRES-LAUREANO; GREGORIO TORRES-MEDINA; DIANNETTE GONZALEZ-CHARLES; ENRIQUE TOLLENS-ACOSTA; CONJUGAL PARTNERSHIP TOLLENS-GONZALEZ; THE ESTATE OF MARISOL AMARO-MEDINA; ANASTACIO FALCON-ROSARIO; PEDRO JIMENEZ-ALVAREZ; RAFAEL RODRIGUEZ-RIVERA; CATHERINE MORALES-CASTRO; MICHAEL JOSEPH MORRIS-ZAMORA; FERNANDO SUAREZ-GUILLEN; JORGE CEDENO-ROSADO; HECTOR IVAN DIAZ-GARCIA; NOEMI RODRIGUEZ-RIVERA; CONJUGAL PARTNERSHIP DIAZ-RODRIGUEZ; CONJUGAL PARTNERSHIP RIVERA-MALDONADO; YIRIED JOSEPH ASEFSAAD-MAURA,

Plaintiffs - Appellants,

EDDIE MANUEL SEPULVEDA-MEDINA; GRACIANO VELEZ-ALBALADEJO,

Plaintiffs,

v.

BANCO POPULAR OF PUERTO RICO; FEDERAL MORTGAGE ASSOCIATION (FANNIE MAE); FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC); WELLS FARGO & COMPANY; RUSHMORE LOAN MANAGEMENT SERVICES; ROOSEVELT CAYMAN ASSET COMPANY II; JAMES B. NUTTER & COMPANY; LAKEVIEW LOAN SERVICING LLC.; LIME RESIDENTIAL LTD.; BAYVIEW LOAN SERVICING LLC.; RNPM LLC.; TRM LLC.; COOPERATIVA DE AHORRO Y CREDITO LAS PIEDRAS; SCOTIABANK OF PUERTO RICO; BANCO SANTANDER DE PUERTO RICO; ORIENTAL BANK PUERTO RICO; FIRST BANK PUERTO RICO; JAMES B. NUTTER & CO., Resident Agent CT Corp. System; SANTANDER FINANCIAL, INC., d/b/a Island Finance Corp.; ROOSEVELT REO PR CORP.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.,

Defendants - Appellees,

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF ARGICULTURE RURAL DEVELOPMENT; LEHAM RE LIMITED, a Bermuda Corporation; ISLAND

FINANCE CORPORATION; UNKNOWN DEFENDANTS; UNKNOWN INSURANCE AGENCIES; UNITED STATES OF AMERICA (FARM SERVICE AGENCY); CITIBANK; CITIMORTGAGE, INC.; DLG MORTGAGE CAPITAL, INC.; US BANK NATIONAL ASSOCIATION; COOPERATIVA DE AHORRO Y CREDITO DE CAMUY; ROOSEVELT CAYMAN ASSETS COMPANY I; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; PR ASSET PORTFOLIO 2013-1 INTER SUB I INTERNATIONAL, LLC.; COOPERATIVA DE AHORRO Y CREDITO JESUS OBRERO; COOPERATIVA DE AHORRO Y CREDITO AGUADA; BANCO COOPERATIVO DE PUERTO RICO; AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO; WM CAPITAL PARTNERS, 53 LLC; COOPERATIVA DE AHORRO Y CREDITO DE CIALES; OPERATING PARTNERS LLC.,

Defendants.

No. 19-1052

EDDIE MANUEL SEPULVEDA-MEDINA,

Plaintiff - Appellant,

LILLIAM GONZALEZ-CAMACHO; JAVIER CARMONA; DOLORES S. GARCIA; LYDIA REYES-RAMOS; WILLIAM AGOSTO-MANSO; MARILYN FERNANDEZ-MORALES; SANTA ORTIZ-SALINAS; HAYDEE RODRIGUEZ-NICHOLS; JOSE ANTONIO FLORES-CRUZ; EDNA LOPEZ-VELAZQUEZ; GERARDO CECILIO GARZA-RODRIGUEZ; IVETTE MIGDALIA RIVERA-BERNABE; FERNANDO A. SOSA-BETANCES; IDE ZENAIDA VALCARCEL-OSORIO; THE ESTATE OF CARLOS GONZALEZ-MARTINEZ; NORMA MARGARITA MONZON-RICARDI, as member of the Estate of Carlos Gonzalez-Martinez; ALBA IRIS CARRASQUILLO-FRAGOSO; ISRAEL RODRIGUEZ-VELAZQUEZ; NEREIDA SEPULVEDA-ROLON; ANTONIO ESTRUCHE-ROMAN; BRENDA VIMARIS SANTOS-RIVERA; EDGAR BASTARDO AGUILAR; RUSSIN DELGADO-MARQUEZ; MARIA E. BERRIOS-SANTOS; FRANCISCO JAVIER ORTIZ-RIVERA; WANDA IVETTE ESTELA-RIVERA; GLORIA MARIA TAPIA-DE-JESUS; ANTONIO VELEZ-MARTINEZ; GLORISSA CORDERO-CABRERA; HECTOR SANABRIA-SANABRIA; JORGE LUIS KUILAN-RODRIGUEZ; NORMA IRIS PAGAN-MONTALBAN; JOSE ANTONIO MILLAN-QUINONES; ANDREA MATOS-BENITEZ; MARILYN FONSECA-COTTO; MARGARET DE-JESUS-CANDELARIA; CONCEPCION HERNANDEZ-FALERO; SOL MARIE LOPEZ-HERNANDEZ; NYDIA EDELYS MORALES-MIRANDA; PEDRO IVAN NIEVES-RODRIGUEZ; SONIA LINNETTE ROMERO-RAMOS; JAVIER ROLON; MARIA DE LOURDES PINERO-IRIZARRY; ARISTIDES LOPEZ-RAMOS; MARIA MERCEDES REYES-CONCEPCION; IAN DE LLANO-JIMENEZ; KAREN BARREDA-RIVERA; WILLIAM CALO; CARLOS CRUZ-BENITEZ; IVETTE SANTIAGO-GONZALEZ; WILLIAM LOPEZ-COLON; NANCY COLON-BERRIOS; GILBERTO GONZALEZ-VELEZ;

SAMUEL ROQUE-MORALES; MARIA MAGDALENA LEAL-BARBOSA; JESUS E. MONROIG-JIMENEZ; JAZMIN ERIKA RODRIGUEZ-MORALES; MARETZA MENDEZ-MUNIZ; MILAGROS JUARBE-VALENTIN; JESUS A. GONZALEZ; ZULEIKA COSME-RIVERA; ROLANDO RADAMES GUTIERREZ-DE JESUS; SONIA YVID CONDE-BURGOS; NELLY RAMONITA GONZALEZ-RODRIGUEZ; JAVIER BAERGA-SCHROEDER; YARELIS DAVILA-RIVERA; LUIS DELGADO-MARQUEZ; MARGARITA RODRIGUEZ-REYES; CARLOS JOSE SUAREZ-GUILLEN; ROSEMARY GONZALEZ-CHAPARRO; ANTONIO ROSA-AGOSTO; MARILYN DELGADO-PEREZ; WILLIAM JOEL MORALES-RODRIGUEZ; GERARDO ACOSTA-FIGUEROA; NEIDA INES HERNANDEZ-IRIZARRY; JULIO VICTOR CASTRO-LOPEZ; MADELINE TRINIDAD-DIAZ; LUIS ANGEL MARTINEZ-OTERO; DAMARIS TORRES-NUNEZ; GABRIEL CHAVEZ-DIAZ; NAIHR ZARAGOZA-VALLE; ROBERTO PEREZ-RAMIREZ; CLARIVETTE CASTRO-NARVAEZ; ANA PACHECO-ALONSO; ALEX DAVILA-ALEJANDRO; LIZZETTE ALEJANDRO-OCASIO; RAMON SANCHEZ-PAGAN; NAYDA ROSA ALVAREZ-MORALES; MILKA YADIRA RIVERA-RIVERA; JOSE MANUEL LOPEZ-CRUZ; MIRIAM RIVERA-TORRES; MARIA DE LOURDES BLEK-ESTEVEZ; RAFAEL ANTONIO FONSECA-MARRERO; RAFAEL EDUARDO NARVAEZ-CABEZAS; LADY TRISTANY MELENDEZ; VIRGEN NOEMI MARRERO-CARBALLO; VIVIANA SANCHEZ-SERRANO; GRETCHEN NICOLLE LAUREANO-QUINONES; CARMEN VANESSA CORREA-ALAMO; JOSE FELIX TORRES-RIVERA; YAMELIT MALDONADO-SOTO; JAVIER ANTONIO RIVERA-DUENO; CARMEN JOSEFINA VALENTIN-DAVILA; VIVIAN ENID FLORES-MERCED; MARIA ISABEL TORO-LEVY; MARTA GISELA BETANCOURT-ESQUDERO; THE ESTATES OF JUAN ARSENIO VELAZQUEZ DURAN; ALEJANDRO VELAZQUEZ-PEREZ; MARIA MARGARITA ALEJANDRO; JESSICA AIXA RIVERA-ALVAREZ; NORA RIJOS-MERCADO; JOSE A. COLL-MELENDEZ; LESLIE MOLINA-CANCEL; SANDRA DE LOS ANGELES FERNANDEZ-GARCIA; INES YAMIRA RIVERA-AQUINO; JOSE ANTONIO DIAZ-PEREZ; LILI ENID CASTRODAD-RIVERA; PROVIDENCIA RODRIGUEZ-VEGA; LUIS EDUARDO PARDO-TORO; YMA OSORIO-DE JESUS; EVELYN IVETTE PEREZ-LOURIDO; JOSE MANUEL RIVERA-COLON; IVETTE MARIA PEREZ-NIEVES; EDWIN CASILLAS-BERRIOS; MARIA FELICITA ANDRADE-MALDONADO; EDGAR ANTONIO CANCEL-ZAPATA; GREGORIO TORRES-MEDINA; DIANNETTE GONZALEZ-CHARLES; ENRIQUE TOLLENS-ACOSTA; THE ESTATE OF MARISOL AMARO-MEDINA; ANASTACIO FALCON-ROSARIO; PEDRO JIMENEZ-ALVAREZ; RAFAEL RODRIGUEZ-RIVERA; CATHERINE MORALES-CASTRO; MICHAEL JOSEPH MORRIS-ZAMORA; FERNANDO SUAREZ-GUILLEN; JORGE CEDENO-ROSADO; HECTOR IVAN DIAZ-GARCIA; NOEMI RODRIGUEZ-RIVERA; GRACIANO VELEZ-ALBALADEJO; CONJUGAL PARTNERSHIP CARMONA-GARCIA; CONJUGAL PARTNERSHIP AGOSTO-FERNANDEZ; CONJUGAL PARTNERSHIP FLORES-LOPEZ; CONJUGAL PARTNERSHIP RODRIGUEZ-SEPULVEDA; CONJUGAL PARTNERSHIP AGUILAR-DELGADO; CONJUGAL PARTNERSHIP CANCEL-BERRIOS; CONJUGAL PARTNERSHIP ORTIZ-ESTELA; CONJUGAL PARTNERSHIP VELEZ-CORDERO; CONJUGAL PARTNERSHIP KUILAN-PAGAN; CONJUGAL PARTNERSHIP MILLAN-MATOS; CONJUGAL PARTNERSHIP LOPEZ-REYES; CONJUGAL PARTNERSHIP DE LLANO-BARREDA; CONJUGAL PARTNERSHIP CRUZ-SANTIAGO; CONJUGAL PARTNERSHIP LOPEZ-COLON; CONJUGAL PARTNERSHIP ROQUE-LEAL; CONJUGAL PARTNERSHIP GONZALEZ-JUARBE; CONJUGAL PARTNERSHIP GUTIERREZ-COSME; CONJUGAL PARTNERSHIP DELGADO-RODRIGUEZ;

CONJUGAL PARTNERSHIP MORALES-DELGADO; CONJUGAL PARTNERSHIP ACOSTA-HERNANDEZ; CONJUGAL PARTNERSHIP CASTRO-TRINIDAD; CONJUGAL PARTNERSHIP DIAZ-ZARAGOZA; CONJUGAL PARTNERSHIP MARTINEZ-TORRES; CONJUGAL PARTNERSHIP PEREZ-CASTRO; CONJUGAL PARTNERSHIP DAVILA-PACHECO; CONJUGAL PARTNERSHIP KUILAN-PAGAN; CONJUGAL PARTNERSHIP COLL-RIJOS; CONJUGAL PARTNERSHIP DIAZ-CASTRODAD; CONJUGAL PARTNERSHIP RIVERA-PEREZ; CONJUGAL PARTNERSHIP CASILLAS-ANDRADE; CONJUGAL PARTNERSHIP SANCHEZ-ALVAREZ; CONJUGAL PARTNERSHIP LOPEZ-BLEK; CONJUGAL PARTNERSHIP TORRES-LAUREANO; CONJUGAL PARTNERSHIP TOLLENS-GONZALEZ; CONJUGAL PARTNERSHIP DIAZ-RODRIGUEZ; CONJUGAL PARTNERSHIP RIVERA-MALDONADO; YIRIED JOSEPH ASEF SAAD-MAURA,

Plaintiffs,

v.

BANCO POPULAR DE PUERTO RICO; UNITED STATES; UNITED STATES DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT; FEDERAL MORTGAGE ASSOCIATION (FANNIE MAE); FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC); WELLS FARGO & COMPANY; RUSHMORE LOAN MANAGEMENT SERVICES; ROOSEVELT CAYMAN ASSET COMPANY II; JAMES B. NUTTER & COMPANY, Resident Agent CT Corp. System; LAKEVIEW LOAN SERVICING LLC; LIME RESIDENTIAL LTD.; BAYVIEW LOAN SERVICING LLC; RNPM LLC; TRM LLC; COOPERATIVA DE AHORRO Y CREDITO LAS PIEDRAS; SCOTIABANK PUERTO RICO; BANCO SANTANDER PUERTO RICO; ORIENTAL BANK PUERTO RICO; OPERATING PARTNERS, LLC; FIRST BANK PUERTO RICO; SANTANDER FINANCIAL, INC., d/b/a Island Finance Corp.; UNITED STATES (FARM SERVICE AGENCY); ROOSEVELT REO PR CORP.; TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.,

Defendants - Appellees,

CITIBANK; CITIMORTGAGE, INC.; DLG MORTGAGE CAPITAL, INC.; U.S. BANK NATIONAL ASSOCIATION; COOPERATIVA DE AHORRO Y CREDITO DE CAMUY; LEHAM RE LIMITED, a Bermuda Corporation; ISLAND FINANCE CORPORATION; ROOSEVELT CAYMAN ASSETS COMPANY I; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; PR ASSET PORTFOLIO 2013-1 INTER SUB I INTERNATIONAL, LLC; COOPERATIVA DE AHORRO Y CREDITO JESUS OBRERO; COOPERATIVA DE AHORRO Y CREDITO AGUADA; BANCO COOPERATIVO DE PUERTO RICO; AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO; WM CAPITAL PARTNERS 53, LLC; COOPERATIVA DE AHORRO Y CREDITO DE CIALES; UNKNOWN DEFENDANTS; UNKNOWN INSURANCE AGENCIES,

Defendants.
_____

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

_____

**JUDGMENT**

Entered: July 21, 2020

These appeals challenge orders of the district court that, in toto, dismissed the appellants' complaint while denying leave for further amendment. Two of the orders were interlocutory and plainly unappealable when entered (although they have since merged with the judgment); the filing of Appeal No. 17-1973 therefore did not divest the district court of jurisdiction to proceed with the case.

The operative complaint is the First Amended Complaint. Essentially for the reasons explained by the district court, the complaint was properly dismissed for a variety of serious defects under the pleading rules. Resembling, at times, a class-certification motion, the complaint sets forth issues allegedly common to the plaintiff class and the many unrelated defendants--as opposed to a short and plain statement of the claims showing that any one representative plaintiff is entitled to relief against any particular defendant. Lacking meaningful indication of what the appellants would amend if given another pass, we are satisfied that the denial of leave for further amendment was well within the district court's discretion.

Affirmed. The motion to dismiss Nos. 17-1973 and 18-1892 under Fed. R. App. P. 30 is denied as moot. The motion in No. 19-1052 for punitive damages against appellee Oriental Bank is denied. Any other pending motions are denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vanessa Saxton-Arroyo, Maximiliano Trujillo-Gonzalez, Joseph F. Gierbolini-Bonilla, Eddie Manuel Sepulveda-Medina, Maria Dolores Trelles-Hernandez, Nestor Mendez-Gomez, Michael Ya'Akov Kieval, Mitchel Howard Kider, Christian A. Munoz-Lugo, Mariana E. Bauza Almonte, Monica Alejandra Sanchez-Rivera, Coral del Mar Lopez Rosario, Elizabeth A. Sperling, Vanessa M. Torres Quinones, Gregory N. Blase, Andrew C. Glass, Mauricio Oscar Muniz-Luciano, Alejandro Jose Garcia Carballo, Carlos A. Valldejuly-Sastre, Rafael Perez-Bachs, Juan M. Acevedo-Ramirez, Pedro L. Lopez Adames, Jose A. Ocasio-Robles, Ramon Enrique Dapena, Ivan Llado-Rodriguez, Alfredo Fernandez-Martinez, Carlos R. Baralt-Suarez, Alejandro Bellver-Espinosa, Arlyn Gonzalez-Diaz, Edgar Hernandez-Sanchez, Salvador J. Antonetti-Stutts, Graciano Velez-Albaladejo, Ricardo Jose Casellas-Santana, Carmen Marie Alfonso-Rodriguez, Alejandro Jose Cepeda-Diaz